IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DERRICK CORNELIUS RHODES, ) <br> AIS # 219646, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> VENCINI SMITH, ) <br> ) <br> Respondent. ) | CASE NO. 1:25-CV-1033-WKW <br> [WO] |

## ORDER

Petitioner, an inmate proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (Doc. # 1.) However, he has neither paid the applicable $5.00 filing fee nor submitted a motion to proceed *in forma pauperis* accompanied by an affidavit and relevant financial information from the inmate account clerk. *See* 28 U.S.C. §§ 1914, 1915; Rule 3(a), *Rules Governing Section 2254 Cases in the United States District Courts*.

Accordingly, it is ORDERED that, on or before **January 27, 2026**, Petitioner must either pay the $5.00 filing fee or file an application for leave to proceed *in forma pauperis* with an affidavit and documentation from the inmate account clerk showing the balance in Petitioner's inmate account at the time he filed the Petition.

To aid Petitioner in complying with this Order, the Clerk of Court is DIRECTED to (1) provide Petitioner with an application for leave to proceed *in*

*forma pauperis* and (2) provide a copy of this Order to the inmate account clerk at the facility where Petitioner is incarcerated. Although a copy of this Order will be provided to the inmate account clerk, it is Petitioner's responsibility to obtain any necessary financial information from the inmate account clerk.

Petitioner must further notify the court and Respondent (or, if represented, Respondent's counsel) of any change in his address within **14 days** following a change of address. Petitioner is cautioned that his failure to comply with any provision of this Order will, without further notice, result in dismissal for failure to prosecute and comply with an order of the court.

DONE this 6th day of January, 2026.

                                              /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE